**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jacob Allen WHITE, Defendant—
Appellant.**

No. 10–30372.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

___

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Leif Johnson, Assistant U.S. Attorney, USBI–Office of the U.S. Attorney, Billings, MT, Laura Bissett Weiss, Assistant U.S. Attorney, Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jacob Allen White appeals from the 10–month sentence imposed following the revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

White contends that the sentence imposed is unreasonable because the district court placed undue emphasis on the need for punishment, to the exclusion of more salient factors. The record reflects that the district court considered and properly applied the relevant factors before imposing a sentence within the advisory Guidelines range. The sentence is substantively reasonable under the totality of the circumstances and in light of the sentencing factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e). *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Miqbel,* 444 F.3d 1173, 1182 (9th Cir.2006).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).